# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 12:41 pm, Jan 04, 2021

| | | |
|---|---|---|
| DANTE G. FREDRICK, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-121 |
| | * | |
| v. | * | |
| | * | |
| SGT. ERIC WATSON; MAJOR FNU MASTROIANNI; and SHERIFF JAMES K. PROCTOR, | * * * | |
| | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 22.  Defendants did not file Objections to this Report and Recommendation.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES as moot** Defendants' Motion to Dismiss, dkt. no. 4.

**SO ORDERED**, this 4th day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA