# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ASAAD AMIR HASUAN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-121 |
| v. | * | |
| SGT. ERIC WATSON; MAJOR FNU MASTROIANNI; and SHERIFF JAMES K. PROCTOR, | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 67. Defendants did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Defendants' Motion to Dismiss. The Court **LIFTS** the previously imposed stay, dkt. no. 61, and **DIRECTS** the Clerk of Court to issue an updated Scheduling Notice.

**SO ORDERED**, this 12 day of January, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)