# In the United States District Court for the Southern District of Georgia Brunswick Division

ASAAD AMIR HASUAN,

    Plaintiff,

v.

SGT. ERIC WATSON; MAJOR FNU MASTROIANNI; and SHERIFF JAMES K. PROCTOR,

    Defendants.

CV 220-121

## ORDER

The Court **ORDERS** the parties to file a proposed consolidated pretrial order by Monday, February 20, 2023. If dispositive motions are pending on that date, the proposed consolidated pretrial order shall be due thirty (30) days after the Court issues an order on the motion(s).

**SO ORDERED**, this 8 day of November, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA